IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00100-WYD-MEH

GAVAN ALKADI,

    Plaintiff,

v.

TOM TANCREDO – U.S. REP OF LITTLETON, COLORADO,

    Defendant.

## ORDER DENYING WAIVER OF FILING FEE

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Plaintiff has filed a Motion to Waive Filing Fee in this case, which is filed on a form created for use in state court cases. In federal court, there is no authority for the waiver of filing fees. By statute, the Court can allow the Plaintiff to make payments toward his filing fee obligation, but when funds exist, he is "required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915(b)(1). It is Plaintiff's responsibility, not that of the Court or the facility where the Plaintiff is held, to monitor his ability to make his filing fee payments and to see that such a payment is made. If he cannot meet the payment obligation for any given month, then Plaintiff must show cause, in writing, each and every time he cannot.

As the Plaintiff was notified in the Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Docket #5)

> [T]he [P]laintiff shall be required to make monthly payments of twenty percent (20%) of the preceding month's income credited to his trust fund account or show cause each month . . . why he has no assets and no means by which to make the monthly payment.

Further, [i]n order to show cause, the [P]laintiff must file a current certified copy of his trust fund account statement." *Id.*  Failure to do so may result in dismissal of this action.

Accordingly, it is hereby ORDERED that Plaintiff's Motion to Waive Filing Fee [<u>Filed February 5, 2007; Docket #4</u>] is **denied**.

Dated at Denver, Colorado, this 19th day of April, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge