IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00100-WYD-MEH

GAVAN ALKADI,

    Plaintiff,

v.

TOM TANCREDO – U.S. REP OF LITTLETON, COLORADO,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 3 2007

GREGORY C. LANGHAM
CLERK

---

### ORDER ON MOTION TO SET DEADLINE FOR RESPONSE AND ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Defendant's Motion to Set Deadline to Respond to the Complaint [Filed June 7, 2007; Docket #25] is **granted**. Defendant's Answer or other Response to the Complaint is to be filed on or before July 23, 2007.

It is FURTHER ORDERED that the United States Marshal shall serve a copy of the Complaint, summons, and all other orders in this case on the United States Attorney and the United States Attorney General in compliance with Fed. R. Civ. P. 4(i)(1). If appropriate, the Marshal shall first attempt to obtain a waiver of service pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated at Denver, Colorado this 8th day of June, 2007.

                    BY THE COURT:

                    s/ Michael E. Hegarty
                    Michael E. Hegarty
                    United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00100-WYD-MEH

Gavan Alkadi
Reg. No. K2338
GEO/ICE Processing Center
11901 East 30th Ave.
Aurora, CO 80010

United States Attorney General - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Attorney General and to the United States Attorney's Office: COMPLAINT FILED 1/16/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/13/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk