IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00100-WYD-MEH

GAVAN ALKADI,

    Plaintiff,

v.

TOM TANCREDO – U.S. REP OF LITTLETON, COLORADO,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 27, 2007.**

    Pending before the Court is Defendant's Motion to Dismiss Plaintiff's Claims against Defendant Tom Tancredo [filed July 23, 2007; doc #36]. The Court requests supplemental briefing on the following issue: how and on what basis was the Plaintiff arrested and detained by the ICE in June 2006?

    The parties are **ordered** to provide information and/or documentation responding to the above issue in the form of supplemental briefs, not to exceed five (5) pages in length, in support of, or in opposition to, the Motion to Dismiss on or before September 10, 2007.