IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00100-WYD-MEH

GAVAN ALKADI,

    Plaintiff,

v.

TOM TANCREDO - U.S. REP OF LITTLETON, COLORADO,

    Defendant.
_____

**ORDER DIRECTING PLAINTIFF TO PAY FILING FEE OR
TO RE-FILE REQUEST TO PROCEED *IN FORMA PAUPERIS***
_____

By an Order entered February 9, 2007 (doc # 4), Plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(2), Plaintiff was required to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee was paid in full. In the Order granting Plaintiff leave to proceed *in forma pauperis*, Plaintiff was instructed either to make the required monthly payments or to show cause **each month** why he has no assets and no means by which to make the monthly payment. In order to show cause, Plaintiff was directed to file a certified copy of his inmate trust fund account statement. Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this civil action.

Plaintiff failed to make the required monthly payment or show cause why he has no assets and no means by which to make the monthly payments for the months of July, August and September 2007. In addition, Plaintiff was released from incarceration in or about early September 2007. Therefore, Plaintiff will be ordered either to make the required payment for the

outstanding balance of the filing fee or to re-file his request to proceed *in forma pauperis*.

If the Plaintiff chooses to re-file his request to proceed *in forma pauperis*, he may procure a form Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 from the Clerk of the Court or from the court's website at [www.cod.uscourts.gov.](www.cod.uscourts.gov.) Once filed, the Court will reassess Plaintiff's ability to make the required payments in this matter.

Therefore, IT IS ORDERED that by **October 15, 2007**, Plaintiff shall either make the required payment for the outstanding balance of the filing fee or re-file his request to proceed *in forma pauperis* in this matter.

IT IS FURTHER ORDERED that if Plaintiff fails to comply with this order, the complaint and this civil action may be dismissed without further notice.

DATED: September 27, 2007.

BY THE COURT:

s/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge